**Philip Arden GREEN, Appellant,**

*v.*

**STATE of Missouri, Respondent.**

**No. WD 38432.**

Missouri Court of Appeals,
Western District.

Feb. 17, 1987.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Melodie A. Powell, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and KENNEDY and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief. Judgment affirmed. Rule 84.16(b).